UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY JACKSON                                              CIVIL ACTION

VERSUS                                                       NO:      06-06659

MICHAEL J. ASTRUE[1], Commissioner of the                    SECTION: "C" (4)
Social Security Administration

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date that the Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the ALJ's decision is based upon substantial evidence and is **AFFIRMED**.

New Orleans, Louisiana, this 24th day of September, 2008

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court substitutes Michael J. Astrue, the current Commissioner of the Social Security Administration in this case, for his predecessor, Jo Anne B. Barnhart. Fed. R. Civ. P. 25(d)(1).